UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIS B. ANNIS,<br><br>    Plaintiff<br><br>v.<br><br>DOUGLAS COUNTY SHERRIFS, et. al.,<br><br>    Defendants | Case No.: 3:21-cv-00494-MMD-WGC<br><br>**Order**<br><br>Re: ECF No. 1 |

Plaintiff has filed an application to proceed in forma pauperis (ECF No. 1) and motion for injunctive relief (ECF No. 1-1).

The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff did not utilize the court's form IFP application; therefore, his application to proceed IFP (ECF No. 1) is **DENIED WITHOUT PREJUDICE**. Nor has he filed a complaint.

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. The Clerk shall also **SEND** Plaintiff a copy of the non-inmate advisory letter and form civil rights complaint.

Plaintiff has **30 days** from the date of this Order to either file his completed IFP application on the court's form or pay the full $402 filing fee ($350 filing fee and $52 administrative fee), and file a complaint. If Plaintiff files his completed IFP application and

complaint, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee and file a complaint, this action will be dismissed.

**IT IS SO ORDERED**.

Dated: December 3, 2021

*William G. Cobb*
William G. Cobb
United States Magistrate Judge